IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al., | No. C-09-5870-EDL |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACS CONTROLS, INC., | |
| Defendant. | |

On March 16, 2010, Plaintiffs filed a Case Management Conference Statement in anticipation of the Case Management Conference to be held on March 23, 2010, in which Plaintiffs stated that Defendant has not appeared and default has been entered against it. On the same day, Plaintiffs filed an Application for Default Judgment to be heard on May 11, 2010. The Court hereby continues the Case Management Conference to May 11, 2010 at 9:00 a.m. to be held, if needed, following the hearing on Plaintiffs' default judgment motion. An updated Case Management Statement shall be filed no later than May 2, 2010.

**IT IS SO ORDERED.**

Dated: March 19, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge