IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACS CONTROLS CORPORATION,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C-09-05870 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation filed on May 11, 2010, the Clerk shall REASSIGN the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: May 12, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge