IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al.,<br><br>       Plaintiff,<br><br>   v.<br><br>ACS CONTROLS CORPORATION,<br><br>       Defendant.                              / | No. C 09-05870 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs filed this ERISA action on December 15, 2009, alleging that defendant violated the terms of a collective bargaining agreement ("CBA") and certain Trust Agreements by failing to make regular contributions to the IBEW Local 595 Health & Welfare Trust Fund; IBEW Local 595 Money Purchase Pension Trust Fund; IBEW Local 595 Vacation Fund; IBEW Local 595 Apprentice & Training Fund; Electrical Contractors Trust; Contractors Administration Fund; and Labor Management Cooperation Fund ("Trust Funds"). Plaintiffs seek damages for unpaid contributions, liquidated damages, interest, attorneys' fees and costs.

Defendant failed to answer the complaint or otherwise appear in this action, and default was entered on January 28, 2010. Plaintiffs filed a motion for default judgment, which was heard by Magistrate Judge Laporte on May 11, 2010. After holding a hearing on the motion, Magistrate Judge Laporte issued a Report and Recommendations recommending that plaintiffs' motion be granted, subject to certain modifications. The matter was subsequently reassigned to this Court.

The Court has reviewed the Report and Recommendations. No party has filed written objections to the Report and Recommendations. The Court hereby ADOPTS the Report and Recommendations

in full and GRANTS plaintiffs' motion for default judgment. (Docket No. 13). The Court orders that default judgment be entered in favor of plaintiffs and against defendant as follows:

| | |
|---|---|
| Damages for unpaid contributions: | $29,749.36 |
| Liquidated damages: | $2,538.74 |
| Interest: | $1,779.72 |
| Attorneys' fees: | $8,860.50 |
| Costs: | $500.81 |
| **TOTAL:** | **$43,429.13** |

**IT IS SO ORDERED.**

Dated: June 1, 2010

SUSAN ILLSTON
United States District Judge