IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 HEALTH & WELFARE TRUST FUND, et al., | No. C 09-05870 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ACS CONTROLS CORPORATION, | |
| Defendant. | |

Plaintiff's motion for entry of default judgment is granted. Accordingly, judgment in favor of plaintiff and against defendant ACS Controls Corporation is entered as follows:

| | |
|---|---|
| Damages for unpaid contributions: | $29,749.36 |
| Liquidated damages: | $2,538.74 |
| Interest: | $1,779.72 |
| Attorneys' fees: | $8,860.50 |
| Costs: | $500.81 |
| **TOTAL:** | **$43,429.13** |

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 1, 2010

SUSAN ILLSTON
United States District Judge